850 A.2d 608

G. Robert CODER, Jr., Petitioner,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondent.

Supreme Court of Pennsylvania.

April 7, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of April 2004, we **GRANT** the Petition for Allowance of Appeal. We further **ORDER** that we **REVERSE** the Order of the Commonwealth Court. *See McKinley v. Dep't of Transp.*, 576 Pa. 85, 838 A.2d 700 (2003). The Motion to Remand is **DENIED.**